**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA SANCHEZ,<br><br>　　　　　Plaintiff,<br>　　v.<br>STRYKER CORP., et al.,<br><br>　　　　　Defendants. | Case No. 2:10-cv-08832-ODW (JCGx)<br><br>**JUDGMENT** |

After consideration of the parties' papers and evidence submitted for Stryker's motion for summary judgment (Dkt. No. 58), **IT IS HEREBY ORDERED** that:

1. Plaintiff Erika Sanchez takes nothing;
2. Judgment for Defendants Stryker Corp., Stryker Sales Corp., Howmedica Osteonics Corp., and Contract Medical Manufacturing LLC.

May 2, 2012

_____
**HON. OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**